(6)



# UNITED STATES DISTRICT COURT

for the

Eastern District of Mic[illegible]

Southern Divisic[illegible]

Case: 2:26-cv-13858
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/9/2026
Description: EZELL RONNIE CROWTHER V. CREDIT ACCEPTANCE CORPORATION (NZG)

EZELL RONNIE CROWTHER

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CREDIT ACCEPTANCE CORPORATION

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

C[illegible]
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED
OCT 09 2026
CLERK'S OFFICE
DETROIT

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | EZELL RONNIE CROWTHER |
| Street Address | 32455 W 12 Mille Rd Unit 2213, Farmington, MI 48333 |
| City and County | Farmington, Oakland County |
| State and Zip Code | MI, 48333 |
| Telephone Number | (248)979-2363 |
| E-mail Address | TableFlipper@tutamail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CREDIT ACCEPTANCE CORPORATION |
| Job or Title *(if known)* | |
| Street Address | 3410 BELLE CHASE WAY STE 600 |
| City and County | Lansing |
| State and Zip Code | MI, 48911 |
| Telephone Number | (248) 353-2700 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action arises under the FCRA, 15 U.S.C. § 1681 et seq., including § 1681s-2(b), for failure to reasonably investigate disputes and accurately furnish information. Plaintiff also raises TILA, 15 U.S.C. § 1601 et seq., and Regulation Z claims involving credit disclosures. Jurisdiction exists under 28 U.S.C. § 1331, with supplemental jurisdiction over related Michigan claims under § 1367.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* EZELL RONNIE CROWTHER, is a citizen of the State of *(name)* MICHIGAN.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________, is a citizen of the State of *(name)* ____________. Or is a citizen of *(foreign nation)* ____________.

b. If the defendant is a corporation

The defendant, *(name)* CREDIT ACCEPTANCE CORPORATIOI , is incorporated under the laws of the State of *(name)* Michigan , and has its principal place of business in the State of *(name)* Michigan .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant's conduct harmed Plaintiff's credit reputation, increased credit costs, caused lost financial opportunities, expenses, time spent disputing inaccuracies, emotional distress, and other damages. The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff seeks actual and statutory damages and other relief authorized by law.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On May 14, 2026, Plaintiff financed a 2018 Chevrolet Malibu through Alliance Motors. Credit Acceptance asserted rights under Contract No. 0192946816-1, Account No. 125796340. Plaintiff disputes electronic signatures, asserting he signed a wet-ink document. CAC acknowledges $711.12 in payments but has not provided sufficient records to verify allocation, principal, interest, fees, or balances. CAC admitted payment-due notices stopped after June 30, 2026 during complaint review. Plaintiff disputes CAC's servicing and credit reporting.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests judgment in his favor, including actual and statutory damages; correction or deletion of inaccurate information Defendant cannot substantiate; declaratory relief concerning the parties' rights and obligations; rescission or other appropriate contract relief; restitution of improperly collected amounts; taxable costs and attorney's fees where authorized; pre- and post-judgment interest; and any other relief the Court determines just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: SEPTEMBER 25TH 2026

Signature of Plaintiff: s/ ezell-ronnie: crowther

Printed Name of Plaintiff: EZELL RONNIE CROWTHER

### B. For Attorneys

Date of signing: SEPTEMBER 25TH 2026

Signature of Attorney: EZELL RONNIE CROWTHER

Printed Name of Attorney: EZELL RONNIE CROWTHER

Bar Number:

Name of Law Firm:

Street Address: 32455 W 12 Mille Rd Unit 2213, Farmington, MI 48333

State and Zip Code: MI, 48333

Telephone Number: (248)979-2363

E-mail Address: TableFlipper@tutamail.com



Print Save As Add Attachment Reset

CERTIFIED MAIL®

7022 2410 0002 4233 2714

Retail

U.S. POSTAGE PAID
FCM LG ENV
DETROIT, MI 48233
OCT 02, 2026

48226

$2.56

RDC 99

S2324A500687-60

Retail

U.S. POSTAGE PAID
FCM LG ENV
DETROIT, MI 48233
OCT 02, 2026

48226

$5.55

RDC 99

S2324A500687-60

FROM:

E. R. Crowther
32455 W. 12 MILE RD
UNIT 2213
Farmington, MI 48333

RECEIVED
OCT 09 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

New CASE

TO:

Clerk's Office
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

U.S. MARSHALS

Utility Mailer
10 1/2" x 16"

ReadyPost